**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN GLENN, | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
|       v. | : | |
| | : | NO. 10-CV-816 |
| RAYMOUR AND FLANIGAN, | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this __22nd____ day of December 2011, for the reasons explained in the accompanying memorandum, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED**. It is further **ORDERED** that Defendant's Motion to Strike Plaintiff's Jury Demand (ECF No. 18) is **DENIED** as moot.

                                                  s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: